# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON AMICO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IDALBERTO ZALDIVAR-GALVES,<br><br>　　　　Defendant. | Case No. 1:22-cv-01499-SAB (PC)<br><br>ORDER FOR CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S JANUARY 5, 2023, ORDER<br><br>(ECF No. 12) |

Plaintiff Jason Amico is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 5, 2023, the Court found that service of the first amended complaint was appropriate as to Defendant Doctor Idalberto Zaldivar-Galves for deliberate indifference in violation of the Eighth Amendment, and electronic service was ordered, which directed the California Department of Corrections and Rehabilitation (CDCR) to "file with the Court the 'CDCR Notice of E-Service Waiver' advising the Court which defendant(s) … will be waiving service of process without the need for personal service by the United States Marshal." (ECF No. 12, Order at 2:15-17.) However, CDCR has not returned the Notice of E-Service waiver and the 40-day time period has expired.

///

///

Accordingly, it is HEREBY ORDERED that within twenty (20) days CDCR shall show cause why sanctions should not be imposed for failure to comply with the Court's January 5, 2023, order. <u>The Clerk of Court shall serve a copy of this order by email on Lawrence Bragg, Supervising Deputy Attorney General</u>.

IT IS SO ORDERED.

Dated:   **February 15, 2023**

UNITED STATES MAGISTRATE JUDGE