# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON AMICO,<br><br>        Plaintiff,<br><br>    v.<br><br>IDALBERTO ZALDIVAR-GALVES,<br><br>        Defendant. | Case No. 1:22-cv-01499-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 24) |

Plaintiff Jason Amico is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 20, 2023, the Court granted Defendant's motion for a thirty (30) day extension of time to file a responsive pleading. (ECF No. 21.) On July 19, 2023, Defendant filed a second motion for a thirty (30) day extension of time to file a responsive pleading. (ECF No. 24.)

Good cause having been presented, IT IS HEREBY ORDERED that the deadline to file a responsive pleading is extended to **August 19, 2023**.

IT IS SO ORDERED.

Dated:   **July 20, 2023**

                                                        UNITED STATES MAGISTRATE JUDGE