UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON AMICO, | No. 1:22-cv-01499-SAB (PC) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER |
| v. | |
| IDALBERTO ZALDIVAR-GALVES, et al., | |
| Defendants. | (ECF Nos. 27, 28) |

Plaintiff Jason Amico is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 22, 2023, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on November 2, 2023, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 27.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On September 20, 2023, Defendant filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time. (ECF No. 27.)

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for November 2, 2023, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **September 21, 2023**

UNITED STATES MAGISTRATE JUDGE