UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON AMICO,<br><br>        Plaintiff,<br><br>    v.<br><br>IDALBERTO ZALDIVAR-GALVES,<br><br>        Defendant. | No. 1:22-cv-01499-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Docs. 36, 45 |

      Plaintiff Jason Amico is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On December 18, 2024, the assigned magistrate judge issued findings and recommendations, recommending defendant's motion for summary judgment, Doc. 36, be granted. Doc. 45. On December 30, 2024, plaintiff timely filed objections, and defendant filed a response on January 13, 2025. Docs. 46, 47.

      In his objections, plaintiff largely restates the same arguments made in his opposition to defendant's motion for summary judgment. *See generally* Doc. 46. Plaintiff also contests the findings and recommendations' conclusion that plaintiff's asserted disputes of material facts were not supported by any evidence. *Id.* For the reasons stated in the findings and recommendations,

1

1 plaintiff's objections are unpersuasive. *See F.T.C. v. Publ'g Clearing House, Inc.*, 104 F.3d
2 1168, 1171 (9th Cir. 1997) ("A conclusory, self-serving affidavit, lacking detailed facts and any
3 supporting evidence, is insufficient to create a genuine issue of material fact.").

4     In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de
5 novo review of this case. Having carefully reviewed the file, the Court concludes that the
6 findings and recommendations are supported by the record and proper analysis.

7     Accordingly,

8     1.    The findings and recommendations issued December 18, 2024, Doc. 45, are
9     ADOPTED IN FULL;

10     2.    Defendant's motion for summary judgment, Doc. 36, is GRANTED; and

11     3.    The Clerk of Court is directed to enter judgment in favor of defendant and close
12     this case.

15 IT IS SO ORDERED.

16     Dated:    June 5, 2025

    UNITED STATES DISTRICT JUDGE

2